Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91367
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOCAL LISTING DIRECTORY, LLC d/b/a/ VOICE CONTROL ACTIVATION, and DOES 1 through10, inclusive,<br><br>Defendant(s). | CASE NO.: 2:21-cv-05723-DSF-JPR<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

///

Respectfully submitted this 19th day of November, 2021.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 19th day of November, 2021, with:

United States District Court CM/ECF system

Honorable Dale S. Fischer
United States District Court
Central District of California

A copy sent via mail on this 19th day of November, 2021, to:

LOCAL LISTING DIRECTORY, LLC
d/b/a/ VOICE CONTROL ACTIVATION
c/o Shari Nadler, Agent for Service
2901 Clint Moore Rd, Suite 185
Boca Raton, FL 33496

s/Todd Friedman
     TODD FRIEDMAN